JEFFREY I. KOHN
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Plaintiff Fusion Multisystems, Inc., d/b/a Fusion-io*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FUSION MULTISYSTEMS, INC. d/b/a FUSION-IO,<br><br>     Plaintiff,<br><br>vs.<br><br>DONALD G. BASILE,<br><br>     Defendant. | Case No.<br><br>**NOTICE OF PLAINTIFF'S MOTION TO COMPEL** |

TO:

John P. Barry
Mark A. Saloman
PROSKAUER ROSE LLP
One Newark Center, 18th Floor
Newark, New Jersey 07102
973.274.3200
973.274.3299
jbarry@proskauer.com
msaloman@proskauer.com
*Counsel for Violin Memory, Inc.*

Patricia W. Christensen (0645)
D. Craig Parry (7274)
PARR BROWN GEE & LOVELESS, P.C.
185 South State Street, Suite 800
Salt Lake City, Utah 84111-1537
Telephone:  (801) 257-7908
Facsimile:   (801) 532-7750
E-mail:  pchristensen@parrbrown.com
         cparry@parrbrown.com

*Counsel for Donald G. Basile*

Eric C. Kastner (53858)
KASTNER & KIM, LLP
2465 East Bayshore Road, Suite 405
Palo Alto, California
Telephone: (650) 967-7854
Fascimile: (650) 320-9640
E-mail: eck@kastnerkim.com
*Counsel for Donald G. Basile*

COUNSEL:

    PLEASE TAKE NOTICE that on Monday, October 5, 2009, at 10:00 a.m. or as soon thereafter as counsel may be heard, plaintiffs Fusion Multisystems, Inc. d/b/a Fusion-io ("Fusion-io") will move, by and through their undersigned counsel, before the United States District Court for the District of New Jersey for entry of an order pursuant to Fed. R. Civ. P. 45(c)(2)(B)(i) to compel production of documents and information requested by Fusion-io.

    PLEASE TAKE FURTHER NOTICE that in support of its motion, Fusion-io will rely upon the Declarations of Scott Bell and Lance Smith and the Memorandum of Law in Support of Plaintiff's Motion to Compel submitted herewith.

DATED this 11th day of September, 2009.

                                         O'MELVENY & MYERS LLP

                                         By: _____
                                              Jeffrey I. Kohn
                                       Times Square Tower
                                       7 Times Square
                                       New York, New York 10036
                                       jkohn@omm.com

                                       Attorneys for Plaintiff