JEFFREY I. KOHN
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Plaintiff Fusion Multisystems, Inc., d/b/a Fusion-io*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FUSION MULTISYSTEMS, INC. d/b/a FUSION-IO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DONALD G. BASILE,<br><br>　　　　Defendant. | Case No.<br><br>**NOTICE OF PLAINTIFF'S MOTION TO SEAL** |

TO:

John P. Barry
Mark A. Saloman
PROSKAUER ROSE LLP
One Newark Center, 18th Floor
Newark, New Jersey 07102
973.274.3200
973.274.3299
jbarry@proskauer.com
msaloman@proskauer.com
*Counsel for Violin Memory, Inc.*

Patricia W. Christensen (0645)
D. Craig Parry (7274)
PARR BROWN GEE & LOVELESS, P.C.
185 South State Street, Suite 800
Salt Lake City, Utah 84111-1537
Telephone: (801) 257-7908
Facsimile: (801) 532-7750
E-mail: pchristensen@parrbrown.com
　　　　cparry@parrbrown.com
*Counsel for Donald G. Basile*

1

Eric C. Kastner (53858)
KASTNER & KIM, LLP
2465 East Bayshore Road, Suite 405
Palo Alto, California
Telephone: (650) 967-7854
Fascimile: (650) 320-9640
E-mail: eck@kastnerkim.com
*Counsel for Donald G. Basile*

COUNSEL:

PLEASE TAKE NOTICE that on Monday, October 5, 2009, at 10:00 a.m. or as soon thereafter, as counsel may be heard, plaintiffs Fusion Multisystems, Inc. d/b/a Fusion-io ("Fusion-io") will move, by and through their undersigned counsel, before the United States District Court for the District of New Jersey, Martin Luther King Jr. Federal Building & United States Courthouse, Newark, New Jersey, for an entry of Order pursuant to L.Civ.R. 5.3(c) and L.Civ.R. 7.1 sealing the following documents relied upon in support of Plaintiff's Motion to Compel:

1) Three internal e-mails produced by Violin Memory, Inc. and marked confidential by the same pursuant to the Protective Order stipulated to by the parties.

The motion is based on this Notice, the accompanying memorandum in support of the motion, the papers on file in this action, any matter of which the Court may take judicial notice, any oral argument given at the time of the hearing on this motion, and any other matter that the Court deems appropriate.

DATED this 11th day of September, 2009.

O'MELVENY & MYERS LLP

By: _____
Jeffrey I. Kohn
7 Times Square
New York, New York 10036
jkohn@omm.com
Attorneys for Plaintiff

2